IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 11-cv-02986-CMA-MJW

KELLI GARCIA,

Plaintiff(s),

v.

ADVANCE STORES CO., INC., dba ADVANCE AUTO PARTS,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Parties' Stipulated Motion for Protective Order (docket no. 16) is GRANTED finding good cause shown. The written Stipulated Protective Order Concerning Confidential Information (docket no. 16-1) is APPROVED and made an Order of Court.

Date:  March 16, 2012