IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02986-CMA-MJW

KELLI GARCIA,

Plaintiff(s),

v.

ADVANCE STORES CO., INC., dba ADVANCE AUTO PARTS,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Joint Motion to Modify Scheduling Order to Extend Discovery and Dispositive Motion Deadlines (Docket No. 20) is granted, and the Scheduling Order is modified as follows.  The Discovery cut-off is October 1, 2012, and the dispositive motions deadline is November 4, 2012.

Date: July 24, 2012