IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02986-CMA-MJW

KELLI GARCIA,

Plaintiff(s),

v.

ADVANCE STORES CO., INC., dba ADVANCE AUTO PARTS,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Second Joint Motion to Modify Scheduling Order to Extend Discovery Deadline for a Limited Purpose (Docket No. 23) is granted, and the Scheduling Order is modified as follows. The discovery deadline is extended up to and including October 3, 2012, for the limited purpose of scheduling the deposition of Scott Carana.

Date: September 21, 2012