IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02986-CMA-MJW

KELLI GARCIA,

Plaintiff(s),

v.

ADVANCE STORES CO., INC., dba ADVANCE AUTO PARTS,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Motion to Modify Final Pretrial Order (Docket No. 35) is granted, and the Final Pretrial Order (Docket No. 34) is thus amended to allow defendant to have up to and including December 27, 2012, to file a reply in support of its Motion for Summary Judgment (Docket No. 26).

Date: December 6, 2012