**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-02986-CMA-MJW

KELLI GARCIA,

    Plaintiff,

v.

ADVANCE STORES CO., INC., d/b/a ADVANCE AUTO PARTS,

    Defendant.

---

**ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

---

    This matter is before the Court on Defendant's Motion for Summary Judgment (Doc. # 26), filed November 5, 2012.  The motion is ripe for review.[1]  Having considered the parties' briefing and evidence referenced therein, the Court determines that genuine disputes of material fact preclude the Court from granting summary judgment.

    Accordingly, it is ORDERED that Defendant's Motion for Summary Judgment (Doc. # 26) is DENIED.

    DATED:  February __26__, 2013

                                              BY THE COURT:

                                              _____
                                              CHRISTINE M. ARGUELLO
                                              United States District Judge

---

[1] Plaintiff responded to Defendant's motion on November 26, 2012 (Doc. # 30), and Defendant replied on December 27, 2012 (Doc. # 38).