**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-02986-CMA-MJW

KELLI GARCIA,

    Plaintiff,

v.

ADVANCE STORES CO., INC., d/b/a ADVANCE AUTO PARTS,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

    Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(ii) and the Stipulated Motion to Dismiss With Prejudice (Doc. # 44) signed by the attorneys for the parties hereto, it is

    ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay its own attorney fees and costs. It is

    FURTHER ORDERED that the Final Trial Preparation Conference, set for March 29, 2013, and the five-day Jury Trial, set to commence April 15, 2013, are VACATED.

    DATED: March __15__, 2013

                                            BY THE COURT:

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Court Judge